

FILED
CLERK, U.S. DISTRICT COURT
OCT 11 2017
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Paul Owens,<br><br>    Defendant. | Case No.: MJ 17-2505<br><br>ORDER [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge Steven M. Gold / EDNY, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A)  ( )   that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (X)   that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: failure to surrender passport, fled to Greece, failure to post bond, fail to report to Pretrial Services

and

(2)
    (A) [X] that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B) [X] that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)   ( ) that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)   ( ) that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

    ( ) This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

[X] IT IS ORDERED that the defendant be detained prior to trial.

DATED: 10/11/2017

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE