

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 17-MJ-2505 |
| Paul Owens DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of  Defendant _____, IT IS ORDERED that a detention hearing is set for  10/16/17 _____, _____, at  3:30  ☐a.m. / ☒p.m. before the Honorable  Jean Rosenbluth _____, in Courtroom  690, 6th Floor _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 10/12/2017

U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)   Page 1 of 1